United States Bankruptcy Court
Central District of Illinois
216 Federal Building, 100 NE Monroe St., Peoria, IL  61602

In re:                                     Case No.
Peplow, Raymond A. & Glenna M.             17-80435

**NOTICE OF OBJECTION TO CLAIM**

       Michael D. Clark, Trustee herein, hereby objects to the claim of Madallion Bank/ Systems & Services Technologies Inc filing claim no. 4 in the amount of $ 27,410.34 . Said claim may be reduced, modified, or eliminated.  The basis for the objection is indicated below:

( )  1.  The debtor is not indebted to the claimant.

( )  2.  According to the books and records of the debtor the creditor is indebted to the estate in the sum of $_____ for _____ therefore, the estate is entitled to a set-off in said amount under Section 553 of the Code and claim should only be allowed in the amount filed less the amount of the indebtedness claimed by the Trustee.

( )  3.  The debtor is not indebted to the claimant in the amount claimed, but the Trustee consents to the allowance of the claim in the amount of $_____ as appears on the schedules.

( )  4.  The claim is filed as a priority claim but it does not appear from the claim that the claim is entitled to priority.  The Trustee consents to the allowance of the claim as unsecured.

( )  5.  The claim is filed as secured and only unsecured claims are entitled to share in dividends.
    Therefore--

      ( ) The Trustee consents to the allowance of the claim as unsecured
      **OR**
      ( ) The Trustee prays that the claim is **DISALLOWED** unless the claimant produces evidence on or before the objection date set forth below that he has a balance due over and above the value of his security.  **THE CLAIMANT SHOULD FILE AN AMENDED CLAIM WITH THE COURT SETTING FORTH ANY UNSECURED DEFICIENCY (WITH ITEMIZATION ATTACHED), TO BE ALLOWED AS A GENERAL UNSECURED CLAIM HEREIN.**

( )  6.  The claim is a duplication of Claim No. _____.

( )  7.  The claim is denied as it is late filed.

(**X**)  8.  Other: That the secured portion of said claim be denied as the collateral is to be surrendered with the creditor allowed to file an amended claim for deficiency.


(**X**) If you disagree with the objection, you should file an answer and/or amended claim with the Bankruptcy Court within 30 days from the date of this notice.  You must file your answer early enough so that the Court will receive it on or before this date.  You must service a copy of your answer on the Trustee and all parties listed on the proof of service, which is attached hereto.  **ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.**  *Go to* **www.ilcb.uscourts.gov** *for information re: mandatory electronic filing.*

( )  A hearing re: this objection to claim will be scheduled by the court.  You will receive separate notice from the court as to the hearing date, time and location.


Date:   July 17, 2017                    /s/ Michael D. Clark
                                             Michael D. Clark
                                             Trustee

**PROOF OF SERVICE**

I certify that a copy of the foregoing documents were served upon the following persons by First class postage or by having hand-delivered same, on this day, July 17, 2017.

Mr. & Mrs. Raymond A. Peplow
1721½ E. Washington St
East Peoria, IL 61611

Madallion Bank
% Systems & Services Technologies, Inc.
Attn: Bankrupt Accounts
PO Box 9013
Addison, TX 75001

Systems & Services Technologies, Inc.
Attn: Bankrupt Accounts
4315 N. Pickett Rd
St Joseph, MO 64503

                                                /s/ Michael D. Clark
                                                    Michael D. Clark
                                                      Trustee